UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7851-JFW (KSx)**                                                    Date: March 14, 2017

Title:   United African-Asian Abilities Club, et al. *-v-* George W. Ekins, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                              None Present
Courtroom Deputy                                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Text Entry Order of January 3, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for March 20, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr